# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**PEDRO OQUENDO MENDEZ**                    Case No.   **10-11189-ESL**

                        Chapter 13      Attorney Name:   **VICTOR THOMAS SANTIAGO***

| | |
|---|---|
| **I. Appearances** | **Date & Time:**   2/17/2011   8:15:00AM |
| Debtor          [X] Present     [ ] Absent | [ ] R     [X] NR     LV:          tbd |
| Joint Debtor    [ ] Present    [ ] Absent | [ ] This is debtor(s) 0 Bankruptcy filing. |
| Attorney for Debtor   [X] Present   [ ] Absent | **Creditors:** |
| [ ] Prose | |
| [X] Substitute   N Magrina | **CRIM-Laporte, Esq** |
| **II. Oath Administered**  [ ] Yes   [X] No | |

**III. Plan**

Date:   11/30/2010        Base:   $19,800.00    Payments 0 made out of $0.00 due.

**Confirmation Hearing Date:**    2/9/2011   9:00:00AM

**Evidence of Pmt shown:**

---

**Attorney's fees as per R. 2016(b)**

   $3,000.00   -  $226.00   =  $2,774.00

---

**IV. Status of Meeting**

[ ] Closed       [ ] Not Held      [ ] Held/Not Closed      [ ] Held/Continued

[ ] Held/Not Closed (1308)

[X] Continued

Continued Date:   3/31/2011   8:00:00AM

Comments:

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Aleady filed, see Docket:

[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**PEDRO OQUENDO MENDEZ**  Case No. **10-11189-ESL**

Chapter 13  Attorney Name: **VICTOR THOMAS SANTIAGO***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [X] Tax returns missing |
| [ ] Fails liquidation value test | [X] State - years 06-09 |
| | CRIM 06-09 |
| | [X] Federal - years 06-09 |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| | [ ] Monthly reports for the months |
| [ ] Appraisal | |
| [ ] DSO Recipient's Information | [ ] Public Liability Insurance |
| | [ ] Premises |
| [ ] Evidence of being current with DSO | [ ] Vehicle(s) |
| | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

**Counsel requested continuance since debtor is a mechanic and the financial documentation necessary to hold meeting has not been submitted. This is the final rescheduling if for the next 341 case is not ready trustee will file a MTD.**

s/Osmarie Navarro  Date: 02/17/2011
**Trustee/Presiding Officer**

(Rev. 02/11)